UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE M. RICE,<br><br>                              Plaintiff,<br><br>        -against-<br><br>NEW YORK CITY HOUSING AUTHORITY,<br><br>                              Defendant. | 25-cv-4796 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the August 12, 2025, order, the complaint is dismissed without prejudice.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  August 15, 2025
         New York, New York

                                /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                              Chief United States District Judge